IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02230-BNB

TRACY WILLIAMSON,

    Plaintiff,

v.

PAULA J. FRANTZ, MD,
BETH DALLAS, Over Medical,
CHAMJOCK/NURSE PRACTITIONER,
WEEDER LT./Supervisor Intake,
JOHN DOE/Nurse over Appliance,
CHRISTIANS/SGT., Over Intake, and
JOHN DOE/COLORADO DEPARTMENT CORRECTION[sic],

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Tracy Williamson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado. Mr. Williamson filed *pro se* a prisoner complaint pursuant to 42 U.S.C. § 1983 for money damages. He was granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

    On November 9, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Williamson to file within thirty days an amended complaint that asserted the personal participation of each named defendant and complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The November 9 order warned Mr. Williamson that, if he failed to file an amended complaint as directed within the time allowed, the complaint and the action would be dismissed. Mr. Williamson has failed, within the time allowed,

to file an amended complaint as directed or otherwise to communicate with the Court in any way.  Therefore, the complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  **See *Coppedge v. United States***, 369 U.S. 438 (1962).  If Mr. Williamson files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Tracy Williamson, to file within the time allowed an amended complaint that complies with the directives of the order of November 9, 2011, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  15th  day of    December   , 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court