**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02230-LTB

TRACY WILLIAMSON,

    Plaintiff,

v.

PAULA J. FRANTZ, MD,
BETH DALLAS, Over Medical,
CHAMJOCK/NURSE PRACTITIONER,
WEEDER LT./Supervisor Intake,
JOHN DOE/Nurse over Appliance,
CHRISTIANS/SGT., Over Intake, and
JOHN DOE/COLORADO DEPARTMENT CORRECTION[sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On January 9, 2012, Plaintiff filed a "Motion for Plaintiff to Have Voluntary Dismissal of 42 U.S.C. § 1983" (Doc. No. 14), which the Court will treat as a notice of voluntary dismissal pursuant to Rule 41(a)of the Federal Rules of Civil Procedure. The notice is moot. The instant action was already dismissed by an order and judgment on December 15, 2011.

Dated:  January 10, 2012